**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Hector Saul ESTRADA-RAMOS,**
**a.k.a. Hector Estrada-Ramos,**
**Defendant-Appellant.**

**No. 16-10238**

United States Court of Appeals,
Ninth Circuit.

Submitted April 11, 2017 *

Filed April 18, 2017

Erica McCallum, Assistant U.S. Attorney, USTU—Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Hector Saul Estrada-Ramos, Pro Se

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Hector Saul Estrada-Ramos appeals from the district court's judgment and challenges his guilty-plea conviction and 37-month sentence for attempted reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Estrada-Ramos's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Estrada-Ramos the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Estrada-Ramos waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

We remand the case to the district court with instructions to correct the judgment to reflect the correct offense of conviction, attempted reentry of a removed alien.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED; REMANDED to correct the judgment.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.